1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9
10
11
12

GENERAL LABORERS UNION LOCAL 242,
*et al.*,

                 Plaintiffs,

     v.

FARROW CONCRETE SPECIALTIES,

             Defendant.

Case No. C08-0611RSL

AMENDED ORDER SETTING TRIAL
DATE & RELATED DATES

13

| | |
|---|---|
| **TRIAL DATE** | June 1, 2009 |

14
| Settlement conference per CR 39.1(c)(2) held no later than | April 2, 2009 |

15
| Mediation per CR 39.1(c)(3) held no later than | May 2, 2009 |

16
17
| All motions in limine must be filed by and noted on the motion calendar seven judicial days thereafter pursuant to CR7(d)(2) | May 4, 2009 |

18
| Agreed pretrial order due | May 20, 2009 |

| Pretrial conference to be scheduled by the Court | |

19
20
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | May 27, 2009 |

21
| Length of Trial:  3 days | Jury <u>XXX</u> |

22
23
24
25
26

      These dates are set after consideration of the parties' Stipulated Motion to Move the Trial

Date.  Dkt. # 21.  All other dates have already past or are specified in the Local Civil Rules.  If

any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal

holiday, the act or event shall be performed on the next business day.  These are firm dates that

can be changed only by order of the Court, not by agreement of counsel or the parties.  The

Court will alter these dates only upon good cause shown: failure to complete discovery within

the time allowed is not recognized as good cause.

 If the trial date assigned to this matter creates an irreconcilable conflict, counsel must

notify Teri Roberts, the judicial assistant, at 206-370-8810 within 10 days of the date of this

Order and must set forth the exact nature of the conflict.  A failure to do so will be deemed a

waiver.  Counsel must be prepared to begin trial on the date scheduled, but it should be

understood that the trial may have to await the completion of other cases.

ALTERATIONS TO ELECTRONIC FILING PROCEDURES

 As of June 1, 2004, counsel are required to electronically file all documents with the

Court.  *Pro se* litigants may file either electronically or in paper form.  Information and

procedures for electronic filing can be found on the Western District of Washington's website at

www.wawd.uscourts.gov.  The following alterations to the Electronic Filing Procedures apply in

all cases pending before Judge Lasnik:

 - Section III, Paragraph F - when the aggregate submittal to the court (*i.e.*, the motion,

any declarations and exhibits, the proposed order, and the certificate of service) exceeds **50**

pages in length, a paper copy of the documents (with tabs or other organizing aids as necessary)

shall be delivered to the Clerk's Office for chambers by 10:30 am the morning after filing.  The

chambers copy must be clearly marked with the words "Courtesy Copy of Electronic Filing for

Chambers."

 - Section III, Paragraph L - unless the proposed order is stipulated, agreed, or otherwise

uncontested, the parties need not e-mail a copy of the order to the judge's e-mail address.

PRIVACY POLICY

 Pursuant to the General Order of the Court regarding Public Access to Electronic Case

Files (filed 5/29/03), parties are to redact the following information from documents and exhibits

before they are filed with the court:

AMENDED ORDER SETTING TRIAL DATE & RELATED DATES - 2

1         * Dates of Birth - redact to the year of birth

2         * Names of Minor Children - redact to the initials

3         * Social Security Numbers - redact to the last four digits

4         * Financial Accounting Information - redact to the last four digits

5         The General Order was issued pursuant to the official policy on privacy adopted by the

6 Judicial Conference of the United States and can be found on the court's website at

7 http://www.wawd.uscourts.gov/docs.  All documents filed in the above-captioned matter must

8 comply with the Privacy Policy and the General Order.

9 COOPERATION

10         Counsel are directed to cooperate in preparing the final pretrial order in the format

11 required by CR 16.1, except as ordered below.

12 EXHIBITS

13         The original and one copy of the trial exhibits are to be delivered to chambers five days

14 before the trial date.  Each exhibit shall be clearly marked.  Exhibit tags are available in the

15 Clerk's Office.  The Court hereby alters the CR 16.1 procedure for numbering exhibits:

16 plaintiffs' exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall

17 be numbered consecutively beginning with 500.  Duplicate documents shall not be listed twice:

18 once a party has identified an exhibit in the pretrial order, any party may use it.  Each set of

19 exhibits shall be submitted in a three-ring binder with appropriately numbered tabs.

20 SETTLEMENT

21         Should this case settle, counsel shall notify the Deputy Clerk, Kerry Simonds, at 206-

22 370-8519 as soon as possible.  Pursuant to GR 3(b), an attorney who fails to give the Deputy

23 Clerk prompt notice of settlement may be subject to such discipline as the Court deems

24 appropriate.

25

26

AMENDED ORDER SETTING TRIAL DATE & RELATED DATES - 3

Dated this 23rd day of January, 2009.

_MW S Lasnik_

Robert S. Lasnik
United States District Judge